ACCEPTED
01-14-00726-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/2/2015 4:34:31 PM
CHRISTOPHER PRINI
CLERK

**February 2, 2015**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

2/2/2015 4:34:31 PM

CHRISTOPHER A. PRINE
Clerk

**Mr. Jose Aguilera**
**701 N. San Jacinto**
**Houston, Texas 77002**
**SPN:  02687659**
**Jail: JA07  Cell:6L1 01V**

## NOTICE TO APPELLANT

I have made a thorough and conscientious review of the record and the law in your case.  After searching the record for the strongest arguments available and resolving all doubts and ambiguous legal questions in your favor, the only theories that I can discover are arguments that cannot conceivably persuade an appellate court to reverse the judgment.

I have enclosed a copy of the Brief I filed and a Motion to Withdraw as your lawyer. You have the right to examine the record on appeal and to file a brief on your own behalf arguing that there are meritorious issues to appeal (that is, a pro se brief) at the Court of Appeals.  The address of the Court of Appeals is:

Christopher A. Prine
Clerk, First Court of Appeals
301 Fannin Street, Room 208
Houston, Texas 77002-2006

You must notify the Court in writing within 14 days of receipt of this *Anders* brief that I filed that you intend to file a pro se brief, and ask the Court of Appeals to set a date by which your pro se brief must be filed.  (You will also see this notice on the 33rd page of your brief.)

If the First Court of Appeals affirms your conviction and sentence the next step would be to review the opinion to determine whether there exist any meritorious issues to raise in a Petition for Discretionary Review by the Texas Court of Criminal Appeals. I have a duty to inform you that you will then have a right to file a pro se Petition for Discretionary Review within 30 days from the date the opinion is rendered.

Sincerely,

Emily Detoto
917 Franklin, 4th Floor
Houston, Texas 77002

Enclosures